# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00511-CV

**In re Thomas Howard Hollowell**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   September 17, 2009